UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )  NO.: 2:13-CR-48 |
| | ) |
| MAMADOU BAH | ) |
| ALLAN MARCUS HARVEY | ) |

ORDER

This criminal matter is before the Court to consider the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge dated August 8, 2013, and August 20, 2013 ("RRs"), [Docs. 47 and 50]. In those RRs, the Magistrate Judge recommends that the defendants' motions to suppress, [Docs. 20 and 21], be denied. The defendants have filed objections to the RRs, [Docs. 55 and 56].

After careful *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in those RRs which are incorporated by reference herein, it is hereby **ORDERED** that the defendants' objections are **OVERRULED**, that the RRs are **ADOPTED** and **APPROVED**, [Docs. 47 and 50], and that the motions to suppress, [Doc. 20 and 21], be **DENIED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE